IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
OCT 15 2018
TIMOTHY M. O'BRIEN CLERK
By ____ Deputy

Eugenia Marie Houston     )
_____)
_____)
(Enter above the full name of the Plaintiff(s))   )

vs.                                    )  Case Number 18-2549-JAR-TJJ

Unified Government of Wyandotte County
Name
701 N. 7th St.
Street and number
Kansas City, KS  66104
City        State    ZipCode

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff Eugenia Houston
    Address 2720 Webster Ave.
    Kansas City, KS 66104

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Kansas City Kansas Fire Department** is employed at **The Unified Government of Wyandotte (o) 701 N. 7th St. Kansas City, Kansas 66101**

C. Additional Defendants **Kansas City Kansas Police Department employed at The Unified Government of Wyandotte (o) 701 N. 7th St. Kansas City, Kansas 66101**

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of **Kansas**.
2. The first-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of **Kansas**; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable)  Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

☒ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

1) Driver- Fire department employee: While being wrong direction(W) fire truck driver drove firetruck into my vehicle as I was driving westbound. Thus, running over the driver side of my vehicle.

2) KCK Police Officer: Arrives on scene and without one question; tickets me for failure to obey officers/firefighters directing traffic.

3) Two firefighters talking and jay walking across street @ alley way, I proceed. Neither were directing traffic. There was no solid fist (hold sign) in air to let me know the firetruck was active, nor was either one of them waving me down for the firetruck to proceed.

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

· 3

_____225,000_____

_____

_____

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☐  No ☒

VI.  Do you claim actual damages for the acts alleged in your complaint?
Yes ☐   No ☒

VII.  Do you claim punitive monetary damages?  Yes ☒   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

75,000 - fire department not owning up to their errors.

75,000 - police department not investigating and siding with peers.

75,000 - lack of thrive to drive, mental anguish, cause of distrust in police/fire department which is designed to protect me a citizen, physical complication (numbness on left side, sleep on sofa for back support) uncontrolable anxiety of fire men, sirens & truck, depression I have no desire to leave home anymore.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐ No ☒

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I planned to bring it up with the judge during the trial when the officer gave me the ticket. However, the ticketing officer of a firetruck accident, didn't show up in court.

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Eugenia Houston
Name (Print or Type)

2730 Webster Ave
Address

<u>Kansas City, KS   66104</u>
City            State        Zip Code

<u>913.433.3569</u>
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka }, Kansas as the
                                   (Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or ☒ No }
                                    (Select One)

_____
Signature of Plaintiff

Dated: _____
  (Rev. 10/15)

6