# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

**EUGENIA MARIE HOUSTON,**

        **Plaintiff,**

v.                                            Case No   18-2549-JAR-JPO

**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, KANSAS FIRE DEPARTMENT, KANSAS CITY, KANSAS POLICE DEPARTMENT, KANSAS CITY,**

        **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    That pursuant to the Order of Dismissal filed on November 9, 2018 (Doc. 7), This action is DISMISSED in its entirety without prejudice.

11/9/2018_____                         TIMOTHY M. O'BRIEN
     Date                                                 CLERK OF THE DISTRICT COURT

                                                               by:  _s/Bonnie Wiest_____
                                                                        Deputy Clerk